

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/30/2011

| | | |
|---|---|---|
| IN RE: | § | |
| SPECIAL VALUE CONTINUATION | § | Adversary No. 11-3304 |
| PARTNERS, LP, *et al*, | § | |
|    Plaintiff(s). | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| GEOFF A. JONES, *et al*, | § | |
|    Defendant(s). | § | Judge Isgur |

## ORDER FOR SCHEDULING CONFERENCE

1. A conference will be conducted pursuant to Bankruptcy Rule 7016 at the United States Courthouse, 515 Rusk Avenue, Courtroom 404, 4th Floor, Houston, Texas on **August 8, 2011 at 10:00 a.m.**

2. Plaintiff is ordered to serve Defendant(s) with a copy of this Order and to file a certificate of service not later than August 1, 2011.

3. Not less than seven days prior to the conference, the parties shall file a joint report pursuant to Bankruptcy Rule 7026.

SIGNED **June 30, 2011.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE